IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATLANTIC PIER ASSOCS., LLC, et al., | : | CIVIL ACTION NO. 08-4564 |
| Plaintiffs, | : | |
| v. | : | |
| BOARDAKAN REST. PARTNERS, et al., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this **20th day of August 2009**, it is hereby **ORDERED** that the following Motions to Dismiss are **DENIED with prejudice**: (1) Motion to dismiss filed by Defendant Atlantic Pier Associates (doc. no. 20); (2) Motion to dismiss filed by Defendants Gordon Group Holdings, LLC, Pier Developers, Inc., Peter J. Fine, Sheldon Gordon, and Scott Gordon (doc. no. 22); and (3) Motion to dismiss filed by Defendant Atlantic Pier Associates (doc. no. 41).

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**