# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATLANTIC PIER ASSOCIATES, LLC, et al.,<br>　　　　　Plaintiffs,<br><br>　v.<br><br>BOARDAKAN RESTAURANT PARTNERS L.P., et al.,<br>　　　　　Defendants. | CIVIL ACTION<br><br>No. 08-4564 |

## ORDER

**AND NOW**, this 2nd day of August, 2010, for the reasons discussed in the accompanying opinion, it is hereby **ORDERED** as follows:

(1) The motion filed by defendants Taubman Centers, Inc. ("TCI"), Taubman Realty Group Limited Partnership ("TRG"), and TRG The Pier, LLC ("TRG Pier") for leave to file a surreply in support of their motion to dismiss under Rule 12(b)(2) (Docket No. 89) is **GRANTED**; and

(2) The motion to dismiss under Rule 12(b)(2) filed by defendants TCI, TRG, and TRG Pier (Docket No. 21) is **DENIED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/Louis H. Pollak
　　　　　　　　　　　　　　　　　　Pollak, J.