IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATLANTIC PIER ASSOCIATES, LLC, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BOARDAKAN RESTAURANT PARTNERS, LP, et al. | : | NO. 08-4564 |

| | | |
|---|---|---|
| BUDDAKAN RESTAURANT AT THE PIER IN ATLANTIC CITY, NEW JERSEY, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ATLANTIC PIER ASSOCIATES, LLC, et al. | : | NO. 09-1619 |

## **ORDER**

AND NOW, this 30th day of August, 2010, upon consideration of Plaintiffs' motion for leave to amend their complaint, Defendants' memorandum in opposition and Plaintiffs' reply brief, and after conducting a Hearing with counsel, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Leave to File an Amended Complaint to Add The Taubman Company, LLC as an Additional Party Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 15(c) (Docket Entry No. 90) is GRANTED.

2. Plaintiffs shall file the Amended Complaint within seven (7) days of the date of the entry of this Order on the docket by the Clerk.

3. Plaintiffs shall request a new Summons and serve the Amended Complaint on all Defendants in a timely manner.

BY THE COURT:

S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
Robert N. C. Nix, Sr. Federal Building, S/211
900 Market Street
PHILADELPHIA, PENNSYLVANIA 19107

Chambers of
M. FAITH ANGELL                                              P: (215) 597-6079
United States Magistrate Judge                               F: (215) 580-2165

## *FAX / MAIL COVER SHEET*

**CASE NO:** 08-4564                        **DISTRICT COURT JUDGE:** LHP

**TODAY'S DATE**: August 30, 2010           **LAW CLERK'S INITIALS**:LFS

**VIA FAX;**

| **NAME:** | **FAX NUMBER:** |
|---|---|
| 1. Jeffrey Meyers, Esq.<br>William B. Igoe, Esq. | (215) 864-9757 |
| 2. Andrew J. DeFalco, Esq.<br>Paul R. Rosen, Esq. | (215) 241-8844 |
| 3. Stanley B. Cheiken, Esq. | (215) 572-7838 |
| 4. Timothy B. Fitzgerald, Esq. | (203) 618-9600 |
| 5. Arthur O'Reilly, Esq. | (313) 465-8000 |
| 6. Brian P. Flaherty, Esq.<br>Chad Evin Kurtz, Esq. | (215) 665-2013 |
| 7. Bruce L. Segal, Esq.<br>Joseph Aviv, Esq. | (248) 566-8483 |