UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATLANTIC PIER ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BOARDAKAN RESTAURANT PARTNERS, L.P., et al., <br><br> Defendants; | CIVIL ACTION <br><br> No. 08-4564 |
| BUDDAKAN RESTAURANT AT THE PIER IN ATLANTIC CITY, NEW JERSEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC PIER ASSOCIATES, LLC, et al., <br><br> Defendants. | |

**ORDER**

**AND NOW**, this  28  day of July, 2011, in consideration of the motion to dismiss filed by defendants TRG the Pier, LLC, Taubman Realty Group, L.P., Taubman Centers, Inc., and Taubman Company, LLC, (docket no. 105), it is hereby **ORDERED** that, for the reasons discussed in the accompanying opinion, the motion to dismiss is **GRANTED** and the complaint is **DISMISSED** as to those defendants.

BY THE COURT:

 /s/ Louis H. Pollak 
Pollak, J.